

**Mike Hrabal**
**- Judge -**
Board Certified, Civil Trial Law
Texas Board of Legal Specialization
Board Certified,
Personal Injury Trial Law
Texas Board of Legal Specialization
Fellow, College of the State Bar

**Carla Phelps**
Court Coordinator

**Shari Steen, CSR, RPR, RMR**
Court Reporter

**Deputy Ronald Pearson**
Bailiff

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 3:13:25 PM
DEBRA SPISAK
Clerk

## TARRANT COUNTY COURT AT LAW NO. 3

100 W. Weatherford, Room 290A
Fort Worth, TX 76196
(817) 884-1914 -Telephone
(817) 884-2964 - Fax

December 20, 2017

Second Court of Appeals
401 W. Belknap
Fort Worth, Texas 76196

In Re: COA 02-17-402-CV
17-1501-3
Scott's Big Truck vs. Alex Garcia

To whom it may concern:

I have been contacted regarding an appellate record in the above-styled case. The default judgment was not on the record and I do not have a reporter's record for this case.

If you have any questions, please don't hesitate to call me at 817-884-1916. Thank you for your time and consideration.

Respectfully,

Shari J. Steen, CSR, RMR
Official Court Reporter
County Court at Law No. 3